**David SCHROEDER, Petitioner,**

**v.**

**DEPARTMENT OF VETERAN AFFAIRS, Respondent.**

No. 01–3266.

United States Court of Appeals,
Federal Circuit.

Dec. 19, 2001.

ON MOTION

ORDER

Upon consideration of the parties' joint motion to voluntarily dismiss appeal no. 01–3266,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Marilyn H. PHILLIPS, Claimant–Appellant,**

**v.**

**Anthony PRINCIPI, Respondent–Appellee.**

No. 00–7056.

United States Court of Appeals,
Federal Circuit.

Dec. 21, 2001.

ORDER

Upon consideration of the parties' joint motion requesting that the Court dismiss the appeal with prejudice, it is hereby ORDERED that the parties' motion is GRANTED.

**J. Leonard SPODEK (doing business as Nationwide Postal Management), Appellant,**

**v.**

**John E. POTTER, Postmaster General, United States Postal Service, Appellee.**

No. 01–1649.

United States Court of Appeals,
Federal Circuit.

Dec. 26, 2001.

ORDER

Appellant having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.